

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Christopher Mallory

                                  **Plaintiff,**

                                V.

Kilolo Kijakazi,
   Acting Commissioner of Social Security

                                **Defendant.**

Civil Action No.   22-cv-01454-DDL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court concludes that the ALJ's decision was free of legal error and was supported by substantial evidence. Plaintiff's request for reversal and remand is therefore DENIED. The final decision of the Commissioner of Social Security is AFFIRMED. Case is closed.

Date:   9/28/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ L. Sotelo

                                                           L. Sotelo, Deputy